# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION AT JACKSON

LARRY GODWIN and LINDA GODWIN, )
)
Plaintiffs, )
)
vs. )   No.:  1:05-1094-T
)         JURY DEMANDED
BOYD R. LAMB and LAND OF )
FROST, INC., )
)
Defendants. )

## ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Both Parties being in agreement and good cause being shown to waive the local rule requiring private mediation prior to a settlement conference, this Court refers this case for a settlement conference to be conducted by Magistrate S. Thomas Anderson.

**IT IS SO ORDERED.**

Entered this 19th day of July, 2005.

_____
HONORABLE JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/20/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01094 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT